**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-2251

---

WILLIAM ANTINORI,

Plaintiff - Appellant,

versus

GORDON R. ENGLAND, Secretary, Department of
the Navy,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (CA-02-175-7-F)

---

Submitted:  September 30, 2005      Decided:  October 18, 2005

---

Before MOTZ, KING, and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

William Antinori, Appellant Pro Se.  David J. Cortes, OFFICE OF THE
UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Antinori appeals the district court's order granting summary judgment in favor of the Navy in his civil action in which he alleged reverse discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis on appeal and dismiss on the reasoning of the district court. <u>See</u> <u>Antinori v. England</u>, No. CA-02-175-7-F (E.D.N.C. Aug. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>